```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/28/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
EDUARDO ALVARADO,

                Plaintiff,         Index No. 14 CV 0500 (NRB) (RLE)

   - against -

                                  STIPULATION OF DISMISSAL

JEFFREY NEW YORK, LLC AND
NORDSTROM, INC.,

                Defendants.
------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Eduardo Alvarado ("Plaintiff" or "Alvarado") and defendants Jeffrey, Inc. and Nordstrom, Inc. (collectively "Defendants"), through their undersigned counsel, that the above-captioned action, including all claims and cross-claims, be and are hereby discontinued in their entirety with prejudice, and with no award of attorneys' fees or costs by the Court to any party.

Dated: New York, New York
       September 25, 2017

VLADECK, RASKIN &
CLARK, P.C.

*/s/ Anne C. Vladeck*
Anne C. Vladeck
Rebecca J. Osborne
565 Fifth Avenue, 9th Floor
New York, New York 10017

Attorneys for Plaintiff

NIXON PEABODY LLP

*/s/ James W. Weller*
James W. Weller
50 Jericho Quadrangle, Suite 300
Jericho, New York 11753

Attorneys for Defendants

**SO ORDERED:**

*/s/ Naomi Reice Buchwald*
U.S.D.J. 9/28/17

854589 v1